UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JACKIES D. OSBY,<br><br>Defendant. | Case No.  6:25-po-00096-HBK<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO CONVERT MANDATORY APPEARANCE TO COLLATERAL<br><br>(Doc. No. 3) |

Pending before the Court is the Government's motion to permit Defendant to forfeit collateral in lieu of appearance filed on February 21, 2025.  (Doc. No. 3).  On September 5, 2024, Defendant was issued Violation No. E-09910247, charging Defendant with violating 36 C.F.R. § 5.6(b), prohibiting the use of government roads within park areas by commercial vehicles.  (Doc. No. 1).  The Violation Notice was marked as requiring Defendant's mandatory appearance, although the cited offense may be issued as a bailable offense, which affords a defendant to post collateral instead of making an initial appearance.  The Government seeks to exercise its discretion and convert the Violation Notice to a bailable offense, which Defendant agrees to pay.

Accordingly, it is ORDERED:

1. The Government's Motion (Doc. No. 3) is GRANTED to the extent set forth herein.
2. The Clerk shall CONVERT Violation No. E-09910247, charging Defendant with violating 36 C.F.R. § 5.6(b), to a bailable citation with a fine of $250 plus a $30 processing for a total amount of $280 and CONTINUE Defendant's Initial

Appearance scheduled from Tuesday, March 4, 2025 AT 1:00 P.M. to Tuesday, May 13, 2025 at 1:00 P.M.

3. Defendant **shall have thirty (30) days** to pay the collateral fine to the Central Violation Bureau.
4. If Defendant fails to timely make payment, Defendant must personally appear at his continued Initial Appearance on Tuesday, May 13, 2025 at 1:00 P.M. in Yosemite. Defendant's failure to appear will result in a bench warrant issued for his arrest.
5. Upon notice by the Central Violation Bureau of receipt of full payment, the Clerk shall automatically vacate the May 13, 2025 Initial Appearance and CLOSE this case.

Dated:    February 22, 2025

*[signature]*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE